## MORELAND vs. TROUP COUNTY.

The right to recover damages resulting from a failure of a county to keep its bridges in proper repair was not affected by the adoption of the constitution of 1877. Whether or not the restriction imposed by that instrument (art. 7, sec. 6, par. 2) on the taxing power of a county would prevent the plaintiff from realizing the amount of his demand, does not affect the right of recovery; nor does it furnish any ground of demurrer to the declaration. Judgment reversed.

April 3, 1883.

CRAWFORD, Justice.

[Moreland brought suit against the county of Troup to recover damages for an injury to him, alleged to have been sustained on account of the negligence of the county in not keeping one of the public bridges in repair. Defendant demurred to the declaration, on the ground that it showed on its face that the injury complained of had been sustained since the adoption of the constitution of 1877. The demurrer was sustained, and plaintiff excepted.]